UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC BUFORD, | ) | Case No. CV 11-10143 GHK(JC) |
| Petitioner, | ) ) | (~~PROPOSED~~) ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| TERRI GONZALEZ, | ) ) | JUDGE |
| Respondent. | ) ) | |

_____

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody and accompanying documents (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

Report and Recommendation, and the Judgment herein on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/4/14

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE