UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ISAAC BUFORD, | ) | Case No. CV 11-10143 GHK(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| TERRI GONZALEZ, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 12/4/14

_____
HONORABLE GEORGE H. KING
CHIEF UNITED STATES DISTRICT JUDGE